# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Felipe Cabrera Sarabia,<br><br>Petitioner,<br><br>v.<br><br>Warden FCI Sandstone,<br><br>Respondent. | Civ. No. 25-706 (JWB/DJF)<br><br><br><br>**ORDER ACCEPTING**<br>**REPORT AND RECOMMENDATION**<br>**OF MAGISTRATE JUDGE** |

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on March 10, 2025. (Doc. No. 5.) No objection has been filed to that R&R in the time permitted. Absent a timely objection, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The March 10, 2025 R&R (Doc. No. 5) is **ACCEPTED**; and

2. Petitioner Felipe Cabrera Sarabia's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 9, 2025                                                         *s/ Jerry W. Blackwell*
                                                                                          JERRY W. BLACKWELL
                                                                                          United States District Judge